**TRUDY A. NOWAK**
**Chapter 7 Trustee**
PMB #418
4802 E Ray Road, Suite 23
Phoenix, Arizona 85044-6417
Email: trustee@tanowak.com
Telephone: (480) 759-0524

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF ARIZONA

| | | |
|---|---|---|
| In re: | ) | CHAPTER 7 |
| | ) | |
| LORA SPAULDING, | ) | CASE NO. 4:09-bk-25548-EWH |
| | ) | |
| | ) | APPLICATION FOR ORDER FOR |
| | ) | PAYMENT OF UNCLAIMED FUNDS |
| Debtor(s) | ) | U.S. BANKRUPTCY COURT |
| _____ | ) | |

Trudy A. Nowak, Trustee reports that the following dividend checks have been issued and not presented for payment, and more than ninety (90) days has elapsed from the date of issuance.

| CHECK NO. | DATE ISSUED | CREDITOR'S NAME AND ADDRESS | AMOUNT |
|---|---|---|---|
| 1003 | 02/03/2011 | Spirit of America National Bank/Lane Bryant<br>First Express<br>PO Box 856132<br>Louisville, KY 40285-6132 | $19.02 |

The Trustee asks than an order be entered pursuant to §347(a) of the Bankruptcy Code directing the Trustee to pay over the amount of $19.02 to the Clerk of Court to be deposited in the Registry thereof.

May 14, 2011                          /s/ Trudy A Nowak
Date                                      Trudy A. Nowak, Trustee